UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA　　　　　　　　　Case No.: 3:13–cr–00566–HA
　　　　　　　　　　　　　　　　　　　　　　　　　*SEALED*
**Plaintiff(s),**

v.

**TRAVIS JAMES STEPHENS, et al.**
**Defendant(s).**

_____ /

## Criminal Case Assignment Order

**1.　Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge........................Hon. Ancer L. Haggerty
> Presiding Judge's Suffix Code*........................HA
>
> *These letters must follow the case number on all future filings.

**2.　Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Sandi Payne
> Telephone: 503–326–8320
> Email: sandra_payne@ord.uscourts.gov

**3.　Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone: 503–326–8050

**4.　Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3–3, LR 100–2, and LR 100–5.)

**5.　District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

DATED:　December 5, 2013　　　　　　　　MARY L. MORAN
　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　by:　/s/ S. Sellers_____
　　　　　　　　　　　　　　　　　　　　S. Sellers, Deputy Clerk