S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #05203**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
        Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.: 3:13-CR-00566-HA** |
| **v.** | |
| **TRAVIS JAMES STEPHENS,** | **MOTION TO UNSEAL** |
| **JENNICA IRENE DUNN, and** | |
| **RAMONA SPACEY CAMPBELL,** | |
| **Defendants.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, through Leah K. Bolstad, Assistant United States Attorney for the District of

Oregon, moves this Court for an order unsealing the indictment in the above case.

Dated this _____ day of December, 2013.

Respectfully submitted,
S. AMANDA MARSHALL
United States Attorney

LEAH K. BOLSTAD, OSB #05203
Assistant United States Attorney